Today's docket is the case of People, State of Illinois v. Paul Schneider. And we have Ian Collin for the appellant, and we have Jennifer Camden for the appellee. And you may begin when you're prepared to, Mr. Collin. Good afternoon, Your Honors. May it please the Court and my colleagues in the State. My name is Ian Barnes from the Office of the State Appellate Defender on behalf of Mr. Paul Schneider. Mr. Schneider's appeal raises essentially two issues. The first, of course, is that he wasn't proven guilty beyond reasonable doubt of attempted unlawful clouding of title. But intertwined with that is the question of what the unlawful clouding of title statute actually means, because since its inception in 1997, no Illinois court has interpreted it. So this case calls on this Court to decide what this statute actually means and what it requires, specifically in terms of mental state. What is the intent required? So before I dive in, I'd like to talk a little bit about the statute, and I'd like to begin with what the legislature said in 1996 when it passed the statute to begin with. Excuse me. The legislature's concerns were about a couple different things. Firstly, protecting people against individuals such as sovereign citizens, people who consider themselves outside of the bounds of our laws, people who consider themselves to be of an independent legal status. They were also concerned about people using liens to maliciously harass government officials and using liens to prey on people who were vulnerable, such as the elderly. And I think that's reflected in the breadth of the statute. When they wrote the statute to say you have to file or cause to be filed some sort of cloud on a title when you know that the theory upon which that cloud on the title is based is not recognized as legitimate by any court in Illinois or the United States. So they meant to reflect that they were talking about people who were intentionally and blatantly disregarding the law. And I think that stands in stark contrast to what Mr. Schneider has done here, which is initially when his properties were foreclosed upon in the early 90s. Excuse me. Are you saying that he doesn't fit into any of those categories? Yes. So you're saying then you deny that he has any propensity towards the posse. What's it called? Yes, absolutely. Or conspiracy theories about the government regulation. I don't know that I would agree that Mr. Schneider has no conspiracy theories. Certainly there's a lot in the record that might reflect that. But the question is, does this statute criminalize someone who files a lien and is simply mistaken about whether they're entitled to a debt? Well, the only reason why I asked is you said the intent of the legislature was to, I guess, curtail some of those activities, and that was one of them. Right. And my argument is, of course, that Mr. Schneider's conduct here falls outside of what the legislature was trying to prescribe. Hadn't he done this a lot before, something close to it? No, Your Honor. He was convicted of, I believe, attempting to defraud a government agency. That had nothing to do with. . . I can't recall. That's the only one I can think of, Your Honor. Okay. I might be forgetting some, but I don't. . . I'm trying to go over what was on the briefs, and I can't remember. I'm sorry? I'm trying to go over what was on the briefs, and I can't remember. Okay. But what Mr. Schneider did here was he filed a lien in the early 90s. That lien remained on the books, untouched, up until 2013, when the owner of these properties changed and he sought to amend his lien. But that would have been before the statute requested. Right. So, yeah. When he went to file this amended lien, he reached out to recorder's offices in Sangamon County, Jersey County, and Madison County. He reached out to an attorney at U.S. Bank, who was the owner of these properties. He testified he did his own research, and he relied on his career as a contractor and filed liens in the past when he did this. And when he attempted to file a lien and the recorder's office told him, we're going to forward this to the state's attorney, he said he welcomed a review of it. He followed up with the recorder's office after that. He contacted the state's attorney's office by phone and by letter and never received a response. So keeping that in mind, I'd like to go into what I think this statute means in terms of mental state, and that is the state has to prove that Mr. Schneider knew that the theory upon which his lien was based isn't recognized as a valid theory in Illinois or United States courts. Now, before we get too far into that, what is your take on the United States courts? Does that mean the state has to prove that there's no theory in all of our state courts? Or do you believe it applies to federal courts? I think it's unclear. Do you think that actually the state would have to come in and prove there is no state in the United States that has that as a legal theory that would be plausible? Respectfully, I don't think it matters one way or the other whether it's only referring to federal courts or whether it's referring to other states because the state in this case didn't put on any evidence whatsoever of how liens are treated in quote-unquote United States courts. So for Mr. Schneider's purposes, I don't believe it matters, but I suppose to answer your question more directly, I think United States courts meaning federal courts is probably a more reasonable interpretation, but the statute itself is not well-worded, I guess to put it. No, but it would be somewhat ludicrous to require the state to prove that there was no legal theory that would have survived in any of our states. Don't you agree? Yes, however... You don't have to agree. No, I agree that that would be a high burden, but if we look back to the intent of the legislature,  they considered themselves outside the bounds of the law. So if someone was to come from another state and file a lien thinking what they had done in another state was appropriate, that seems like something the legislature wasn't trying to prescribe. Okay, I see your point there. But in this case in particular, the state didn't put on any evidence whatsoever about what theories of liens would be valid in Illinois courts, what theories of liens would be valid in other courts, what they relied on was the fact that these properties had been foreclosed upon and the testimony of Jackie Barlow, who is a deputy recorder in the Madison County Recorder's Office, who said the lien looked fraudulent and she couldn't, quote-unquote, see how he still had an interest in the property, which doesn't rise to what this statute demands. It demands much more than that. It demands certainly something that's a much higher level of proof than speculation from a layperson. Right. Obviously she's not an expert, but, I mean, was there any – there was no reason to believe that he thought it was a final judgment against his property? His theory was, Your Honor, that he had never received notice of the actual hearing that resulted in the foreclosure judgment. That was fantastic. He had appeared, he had answered previously, but that particular day when the default judgment was entered, his position was he never got notice of that. And what the State did not prove is whether that's a valid reason to file a lien or not. And that's one of the elements that comes into the mental state, which leads to the second part of it is whether or not it was a valid theory or not, did Mr. Schneider know that? And I think perjury is an instructive analogy because it functions in something sort of the same way where it's not enough to say a statement is false and under oath. You have to know it's false. And the same is true based on the plain language of the statute. You have to know that what you did was illegitimate. And everything that Mr. Schneider has done in this case suggests that he thought he was doing what was proper and what was legal. And whether he was wrong about that or not isn't what this statute sets out to criminalize. It sets out to criminalize people who are intentionally disregarding Illinois and United States law and filing liens against government officials or they're acting as if they are not bound by the laws of this country. So, excuse me. Aren't we just talking about the properties in Madison County? Obviously, there's talk about Jersey County. The properties were in Alton. I honestly don't know. Well, Jersey County is not even in our district. They're talking about Madison County. Yeah. Okay, so tell me again. There were properties where? In Alton. All of them were in Alton? It was two properties. I believe they were both in Alton. But you said he filed liens related early on. You said? No, he contacted other recorder's offices throughout the state to get input. When he was looking to file this lien, he contacted recorder's offices in Jersey, Sangamon, and Madison County. I see. Trying to get input. Just about those things. Okay. So, based on that, Your Honor, I would just ask this Court to reverse the judgment of the circuit court and vacate this conviction because Mr. Schneider's conduct here didn't rise to the mental state that's required by the Act and the mental state that's indicated by the legislature's debate about the statute. Okay. Your time has expired, so you don't have opportunity for a free free bottle. I'm sorry. No, it's okay. Ms. Camden. Thank you. So, what do you say about how the state proved that he should have known that it was a valid judgment? Obviously, the clerk's, the recorder's office clerk isn't an expert. She's a layperson, so to speak, with respect to legal conclusions. So, can you address that? Because that's kind of an area I'd like to know some answers on. Sure. Well, the evidence that the judgment was valid consisted primarily, and first anyway, of the judgments themselves. All of these documents, the foreclosure documents and the judicial sale documents, they were all introduced in evidence. They were signed by the judge. Two different employees of the recorder's office or the clerk's office testified that the documents were in order. There was evidence that the foreclosure went through and that the properties were transferred. I mean, the deeds are right there in the record. What about the fact that he says he never got noticed? Does that make any difference? I believe that where the foreclosure judgments were valid and testified to as being valid and where there was evidence that default foreclosure judgments are routine and unremarkable, I don't believe that it does. I'd further like to point out, Your Honor, that while at trial, guided by counsel, the defendant did testify that this was a theory of his lien. That theory was not mentioned in the lien document or in the three-page letter that he sent to the state's attorney a week after he presented that lien for filing, that instead those documents show that his real theory of lien had to do with a government conspiracy. And I believe that that's a better source of the – to answer the question of what the theory of his lien was. I mean, so kind of the threshold question and one that the parties disagree on here is how do we define what the theory of his lien was? Because the state was required to prove that the courts would reject that theory and that the defendant knew that that theory had no merit. So we have to define what that theory was. And I believe that the source of that theory is the lien document itself, which doesn't mention any kind of failure of notice. It mentions the existence of a government conspiracy. And by the way, that does answer a question raised by the defendant in the reply brief about why it was that the state asked the – asked this court to take judicial notice of a certain federal circuit court opinion, the contents of it. That's because the – that's because that seventh circuit opinion is part of the theory upon which the purported clout on title is based. He referred to it in the lien itself as a source of the debt that was owed to him by the bank. That's the $400,000 debt? Correct, Your Honor. Does he talk about where that came from, that figure? Is there any – Accounting? Any accounting of that? No, I don't know where that figure came from. The properties themselves sold in 1990 for $103,000. For both of them? Yes, Your Honor. So it's $120,000? The number – I'm sure – I know that it's in the briefs. I believe that it was $103,000, but I know that it's in the briefs. But anyway, it wasn't $400,000. It wasn't – So they bid the mortgage? I beg your pardon, Your Honor? Did they bid the amount on the mortgage due the bank? Sorry, did they bid the mortgage? That's what usually happens. You bid the mortgage. I do not know the answer to that question. I'm sorry, Your Honor. I know that the judicial sale documents are in the bank. I don't know whether there was a relationship between what the bank did and – Did they value the property being appraised or the purchase price? All we know is the purchase price, Your Honor. What was that? I believe – I'm sorry, you mean the defendant's purchase price? Yes. I'm afraid I – I'm not sure whether that's in the record or not. Do you know the balance due the mortgage? I'm not sure, Your Honor. I only know the purchase price that the bank paid when it bought the properties in a judicial sale. I believe it was around $100,000. That doesn't tell you anything about the value of the property, does it? Perhaps not, Your Honor. I don't know. That tells you about the value of the loan, probably. But – so we have different interpretations of how to define the theory of this lien. But however the court chooses to define the theory of the lien, the state's interbrief does address these various lien theories and argues that the state presented evidence that any of those theories would have been rejected by Illinois and federal courts, which the state parenthetically does argue are the only courts that are – Can I back up just a minute? Yes. Usually when you foreclose on a mortgage, don't you sue on the note? And that is usually determined by the amount owed. It's what they owe the bank on the note. He borrows so many thousand dollars from the bank, then the bank pays the seller, and then the bank – he owes the bank a certain amount of money. So they get a judgment because he didn't pay the money allegedly. You don't know what that judgment is? I'm afraid not. Is there a judgment? There was a final foreclosure judgment, absolutely, Your Honor. So you have a judgment, and then you foreclose on the judgment. But you don't know what that is? The foreclosure documents and the judicial sale documents conveying the properties to the bank are all in the record. There's two properties? Yes, Your Honor. Are they contiguous, or are they separate? I don't know the answer to that question. As opposed to counsel stated, I believe they both are. And he only tried to file one or two liens? Two liens. There was one in 1994, Your Honor. Oh, right. And then there was another one in – The one he's charged with. The one in 2013 is the one that gave rise to this case. One. Yes. Yes. And I believe that that arose as to both – encompassed both properties. The defendant's primary argument is that there was evidence that he believed – he argues that he had a good faith belief that he had some interest remaining in the property. But I want to argue that whether he believed this is unrelated to whether the State proved that he knew, whether he was consciously aware that this foreclosure judgment had been entered. He knew that the courts didn't see it his way, even if he believed that the foreclosure judgment was unjust. He knew that the courts had ruled against him in his repeated attempts to get this foreclosure overturned. He knew that the sheriff had evicted him from the properties. He knew that he was no longer living on them. He knew that he was not paying taxes on them in the 20 years that had passed between – the 23 years between the eviction and the foreclosure and the filing of this lien. And so he knew that the – based on those facts, that the foreclosure judgment extinguished his property rights, at least according – he testified according to the courts. Now, he accused those courts of corruption, and he argued that the – that that judgment was wrongly entered, but he knew that the judgment had been entered. And it was the defendant's knowledge, not his belief, that was at issue here. That's what the State under the statute was required to prove. I want to say that there's no affirmative defense for having a belief in the theory of a lien. The State's answer brief describes the legislature's concern with, for instance, the sovereign citizens filing false liens based on their political beliefs. I think that shows that the legislature intended to cover people who believed in what they were doing, but who nonetheless knew that the documents that they were filing would not be accepted by a court and that a court would reject the theory of those documents. And the State's arguing that that's what happened here. Now, the defendant's also arguing that his belief was in good faith because he testified that he performed research before he filed this document or attempted to file the document. Again, his good faith belief is irrelevant. But I also want to say that even if the jury credited his testimony that he had done that, he didn't testify that he obtained a legal opinion from any of those sources that he claimed that he consulted, that his 2013 lien was valid. There's no evidence to what he asked anyone or to what anyone told him in response. This would have been a website that was a sovereign citizens' website that gave out advice, as far as we know. I mean, it could have been anything. He testified that he performed his own research, and that's what we know, and that he consulted with people, but we don't know what they told him or what he asked. So I'd argue that that is evidence that he knew that the courts would accept his lien. Also, Barlow testified that her office, that's the recorder, did not and would not give legal advice. So he didn't get that advice from him. Also, the defendant argues that his belief was in good faith because the State had previously dismissed a prosecution based on that 1984 lien. Again, what matters isn't a good faith belief, but whether he knew it was substantially probable, at least, that the courts would reject the theory of the 2013 lien. I also – I have one – excuse me. I have one question.  At trial? Yes. Yes, Your Honor. Yes, Your Honor, and there was also a fitness hearing, and he was found fit to stand trial. So, but my other question is, he had – the charges attempt, right? Yes, Your Honor. And so then are there any other documents that ever – in any liens filed that they rejected? Was that ever brought into evidence, that they reject any attempted filing of liens at the recorder's office? Your Honor, Ms. Barlow, the veteran of the recorder's office, testified that they get about one lien a month that they have questions about. Have they ever charged this? Is there no – is there any case law in Illinois on this? There was one civil case that referred to it. No, I think we're on terra incognita here. So, okay. I do have one other question, and you alluded to other types of filings that Mr. Steiner may have made, and as I recall, there were some issues in St. Louis? Your Honor, there are some references in the record, amorphous and not fully fleshed out references, to some other types of filings or some other types of property dealings that may have occurred. But perhaps – and certainly nothing certain enough that I can tell you anything that ever happened before. Okay, that's fine. Thank you. Mr. Barnes, brief battle. Thank you, Your Honor. You're welcome. The first thing I want to bring up is just to bring us back to the fact that this is still a reasonable doubt argument. So if we stand up here and we talk about whether Mr. Schneider's theory of why he's owed this debt is valid now, isn't really the question. The question is, did the State prove at trial that this theory of his, this reason why he believes he's entitled to this debt, would be recognized as valid by Illinois courts or United States courts? And that isn't in the record. The State did not put on any evidence that would show at trial why this isn't a valid thing to do. Well, he may have a belief that, you know, the earth is flat and I'm not sure where this goes. If there is a valid foreclosure judgment and he acknowledges that there is a judgment, the fact that he believes it's wrong because of something the government did or didn't do to him, then we would never get a conviction under this statute. Then you're attacking the statute. Well, Your Honor, I think it comes back to the idea of what proof the State is putting on. And if this isn't a valid means of attacking a foreclosure judgment that is, by Mr. Schneider's view, fraudulent, then it would be pretty trivial to put someone on who is an expert in property law and say, no, this is never a reason you could file a lien for this. But the State didn't do that. And I don't think that's beyond the pale of what the statute is asking for, because there are plenty of other types of cases where you're going to need an expert to satisfy one of the elements. And especially on something like property law, which is, at least for me, went right over my head, it's something that would be required to have someone say, here are the ways in which you can file liens. Here are the ways in which you can't file liens. Here's what the defendant did. And the State didn't include anything of that sort. But I also want to go back to this notion that it wasn't just that he had a belief. It was the fact that he had actively sought out people to talk to, including the State's attorney's office, who simply ignored him rather than communicate with him in any way. And that brings me back to what this statute is targeted at. It's not targeted at people who are trying to do something they think is proper but are mistaken, because that would mean any time you file a lien and you're mistaken about whether you're entitled to the debt, you've committed a criminal act. And that brings me to the next point, which is this isn't about the merits of whether he's entitled to the debt, which I think in the State's brief they make a lot of – make a really concerted effort to point out that this is crazy and he's not entitled to this debt. That's not the question the statute asks. The statute asks, is this a valid theory for this lien, yes or no? And that's the proof that the State did not put on at trial. And without that, you can't prove that he knew it wasn't a valid theory. In my – the last couple minutes I have, I just want to touch briefly on the 431B argument that Mr. Schneider raised, because even if this case doesn't rise to the level that proof is insufficient, it was at least closely balanced, simply because of the lack of proof that the State put on, and the fact that it basically came down to Mr. Schneider's testimony that I tried to do the right thing, I believe I'm doing the right thing, I did research, I tried to talk to people, no one would tell me what to do. And during jury selection, the Court didn't ask any of the jurors about – they did question about whether it was – they understood that they couldn't hold it against Mr. Schneider if he didn't testify. Of the other remaining 431B principles, the Court never asked if they both understood and accepted it. And finally, during the second set of juries that were questioned, the Court didn't ask them if it understood and accepted that Mr. Schneider was presumed innocent. So barring the reasonable doubt argument, Mr. Schneider should at least be granted a new trial because the jury wasn't questioned about these essential principles of our criminal justice system, and the evidence was closely balanced, if not insufficient. So if Your Honors have no further questions. Was that brought up in any post-trials? I'm sorry? Was that 431B brought up in any post-trials? No, Your Honor, which is why it's raised on the first trial plenary. But if there's nothing else, I would just ask this Court to reverse the judgment of the circuit court and vacate its conviction or allow the attorney to grant him a new trial. Thank you. Thank you, Mr. Barnes. Thank you, Ms. Kampen. This concludes our day in the world, and we call a recess.